El Pueblo de Puerto Rico, demandante y apelado, *v.* Mercedes Guadalupe, acusada y apelante.

No. 2896.—*Visto:* Diciembre 16, 1926. *Resuelto:* Diciembre 20, 1926.

Derecho Penal—"Former Jeopardy"—Necesidad de que los Delitos Sean Idénticos—Delitos Varios, Parte de la Misma Transacción—Acometimiento y Agresión y Otros Delitos.—Siendo el delito de portar armas prohibidas uno separado y distinto del de acometimiento y agresión, la absolución o condena de una persona por haber acometido y agredido a otra con un arma prohibida no impide un proceso subsiguiente por la portación de dicha arma.

Sentencia de *R. López Antongiorgi,* J. (Guayama), condenando al acusado por delito de portar armas prohibidas. *Confirmada.*

*C. Domínguez Rubio,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Mercedes Guadalupe fué denunciada y condenada porque en determinada fecha portaba una navaja barbera, y en su apelación contra esa sentencia alega los errores siguientes:

"1.—La Corte incurrió en error al no declarar con lugar la excepción que hiciéramos de que la acusada había sido absuelta en un delito que comprendía como un agravante el acto que ahora se le imputa.

"2.—La Corte erró al aceptar la prueba que no tenía relación alguna con este caso.

"3.—La resolución de la Corte y la sentencia son contrarias a la prueba."

El primer error lo funda en que habiendo sido denunciada y absuelta por haber acometido y herido a otra persona con una navaja barbera no puede ser condenada por

portar esa navaja, pero esta cuestión ha sido ya resuelta por este Tribunal Supremo en sentido contrario del alegado por la apelante en los casos de *Ex parte Torres,* 11 D.P.R. 101, y en el de *Ex parte Huertas,* 22 D.P.R. 524. Véase también 16 C. J., página 275.

El segundo error tampoco existe porque no se trató de probar el delito de acometimiento y agresión que había sido imputado a la apelante en otra denuncia, sino el momento en que se vió que la apelante portaba la navaja, que fué cuando hirió a otra mujer, y la corte inferior tuvo cuidado en eliminar del juicio todo aquello que pudiera referirse al acometimiento y agresión mencionado.

Para resolver el tercer señalamiento de error hemos examinado la evidencia y su lectura nos convence de que la corte inferior decidió propiamente el conflicto de la evidencia.

*La sentencia apelada debe ser confirmada.*

El Juez Asociado Sr. Hutchison no tomó parte en la resolución de este caso.